UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

R&R BOND GALLERIES, INC., RODIN
INTERNATIONAL, INC., and ROBERT
PREISS,

    Plaintiffs,
v.                               Case No. 8:12-cv-2826-T-33TGW

STATE OF FLORIDA and THE
SECRETARY OF STATE OF FLORIDA,

    Defendants.
_____/

## **ORDER**

This matter comes before the Court upon review of the Amended Complaint as well as Plaintiffs' "Motion of Temporary Removal of Plaintiffs R&R Bond Galleries Inc. And Rodin International 'Under Duress,' without Prejudice 'Immediate Order for Immunity and Protection' to warrant safety of Plaintiff on a 'Stare Decisis' Foundation" (Doc. # 10), filed on January 28, 2013; "Motion to Abolish (Set Aide) Defendants Immunity as to 'Consent' and 'Abrogation'" (Doc. # 12), filed on January 30, 2013; and "Motion to confirm 'Evidence de Novo' As additional Prima Facie Evidence" (Doc. # 13), filed on February 8, 2013. For the reasons that follow, the Court directs Mr. Preiss to file an amended application to proceed *in forma pauperis* or pay the filing fee in full. The Court also dismisses the corporate entities for failure to retain counsel. Last, the Court denies the pending motions as they fail to state any cognizable basis

for relief.

I. **Filing Fee Requirement**

Pro se Plaintiffs R&R Bond Galleries, Inc., Rodin International, Inc., and Robert Preiss sue the State of Florida and the Secretary of State of Florida in a three count Amended Complaint, which was filed on January 9, 2013. (Doc. # 9). Mr. Preiss, who purports to be the "agent" of the two corporate defendants, is incarcerated. Prisoners seeking to proceed *in forma pauperis* must comply with specific requirements as outlined in 28 U.S.C. § 1915(b)(1). Mr. Preiss sought to proceed *in forma pauperis* (Doc. # 2); however, his application was denied without prejudice in an Order dated December 28, 2012. (Doc. # 4). Mr. Preiss has not filed an amended application to proceed *in forma pauperis* and has not otherwise paid the filing fee.

Accordingly, the Court directs Mr. Preiss to file an amended application to proceed *in forma pauperis* or, in the alternative, to pay the full filing fee. Failure to do so by March 11, 2013, will result in the dismissal of this action without prejudice.

II. **Dismissal of Corporate Defendants**

Corporations such as R&R Bond Galleries, Inc. and Rodin International, Inc. may not appear pro se in this court. See

2

Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985)("The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel."); Textron Fin. Corp. v. RV Having Fun Yet, Inc., No. 3:09-cv-2-J-34TEM, 2010 WL 1038503, at *6 (M.D. Fla. Mar. 19, 2010)("[A] corporation's financial constraints do not excuse the requirement that it have legal representation in Court proceedings."); United States v. Hagerman, 545 F.3d 579, 581-82 (7th Cir. 2008)("Pro se litigation is a burden on the judiciary, and the burden is not to be borne when the litigant has chosen to do business in entity form.  He must take the burdens with the benefits.")(internal citations omitted).

On January 9, 2013, this Court entered an Order directing R&R Bond Galleries, Inc. and Rodin International, Inc. to obtain counsel by February 11, 2013. (Doc. # 7).  That Order specified that failure to timely obtain counsel could result in an order dismissing R&R Bond Galleries, Inc. and Rodin International, Inc. from this action without prejudice.  The February 11, 2013, deadline has elapsed, and the docket does not reflect that the corporate defendants have retained counsel.  Accordingly, the Court dismisses R&R Bond Galleries, Inc. and Rodin International, Inc. from this action.

3

### III. Pending Motions

The Court has undertaken a painstaking review of Plaintiffs' "Motion of Temporary Removal of Plaintiffs R&R Bond Galleries Inc. And Rodin International 'Under Duress,' without Prejudice 'Immediate Order for Immunity and Protection' to warrant safety of Plaintiff on a 'Stare Decisis' Foundation" (Doc. # 10); "Motion to Abolish (Set Aide) Defendants Immunity as to 'Consent' and 'Abrogation'" (Doc. # 12); and "Motion to confirm 'Evidence de Novo' As additional Prima Facie Evidence" (Doc. # 13) Even construing the Motions leniently and with an understanding that they were crafted by a non-attorney litigant, the Court determines that each should be denied without prejudice as incomprehensible. The Motions fail to make a cognizable request for any form of relief that this Court could possibly fashion.

In the instance that Mr. Preiss is granted *in forma pauperis* status or, in the alternative, pays the filing fee, he may tender appropriate motions requesting specific, cognizable relief from this Court.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Mr. Preiss is directed to file an amended application to proceed *in forma pauperis* or, in the alternative, to pay

the full filing fee, by **MARCH 11, 2013**.

(2) R&R Bond Galleries, Inc. and Rodin International, Inc. are **DISMISSED** from this action without prejudice due to their failure to timely obtain legal counsel.

(3) Plaintiffs' "Motion of Temporary Removal of Plaintiffs R&R Bond Galleries Inc. And Rodin International 'Under Duress,' without Prejudice 'Immediate Order for Immunity and Protection' to warrant safety of Plaintiff on a 'Stare Decisis' Foundation" (Doc. # 10); "Motion to Abolish (Set Aside) Defendants Immunity as to 'Consent' and 'Abrogation'" (Doc. # 12); and "Motion to confirm 'Evidence de Novo' As additional Prima Facie Evidence" (Doc. # 13) are **DENIED WITHOUT PREJUDICE.**

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 12th day of February, 2013.

*/s/ Virginia M. Hernandez Covington*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

5