```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                        TAMPA DIVISION
```

ROBERT PREISS,

    Plaintiff,
v.                                    Case No. 8:12-cv-2826-T-33TGW

THE STATE OF FLORIDA and SECRETARY
OF THE STATE OF FLORIDA,

    Defendants.
_____/

**ORDER**

This matter is before the Court on consideration of the report and recommendation of Thomas G. Wilson, United States Magistrate Judge, (Doc. # 16) filed on March 15, 2013, recommending that Plaintiff's March 6, 2013, Motion to Proceed *in forma pauperis* (Doc. # 15), be denied and further recommending that this action be dismissed with prejudice.

No objections have been filed, and the time for the submission of objections has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de*

*novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge and the recommendation of the magistrate judge.  This Court specifically adopts the magistrate judge's finding that "the plaintiff has not stated a cognizable claim.  The 22-page amended complaint is a rambling and incoherent document that fails to comply with the Federal Rules of Civil Procedure." (Doc. # 16 at 2).  This Court further determines that Plaintiff's action is patently frivolous and is asserted against entities immune from suit under the Eleventh Amendment of the United States Constitution.

The Court has construed Plaintiff's pro se filings liberally and has granted Plaintiff multiple opportunities to

-2-

file an appropriate complaint.  Despite the Court's lenience, Plaintiff has failed at every juncture.  The dismissal of this action with prejudice is appropriate.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 16) is **ACCEPTED** and **ADOPTED.**

(2) Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. # 15) is **DENIED.**

(3) This action is **DISMISSED WITH PREJUDICE**.

(4) The Clerk shall **CLOSE THIS CASE.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 2nd day of April, 2013.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel and Parties of Record